UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br> LAMAR CARTER, ISAIAH WADE, <br> MANUEL HENDERSON, AUNDRE <br> LESTER, XAVIER SMITH, <br> KORRON BENTHALL, <br> AND DANNA FRAZIER | ) <br> ) <br> ) No. 22- mj184-01/07-AJ <br> ) <br> ) <br> ) <br> ) <br> ) |

MOTION TO SEAL AT LEVEL II:
CRIMINAL COMPLAINT, SUPPORTING AFFIDAVIT,
ARREST WARRANT, THIS MOTION, & DOCKET TEXT ENTRIES

The United States of America respectfully moves to seal at Level II the criminal complaint in this case, the supporting affidavit, any arrest warrants that may issue, this motion, and the corresponding docket text entries until such time as the defendants are taken into custody.

Under Federal Rule of Criminal Procedure 49.1(d) and Local Rule 83.12(a)(1), the Court has authority to grant this motion.

The Court should seal these documents because they contain sensitive information, which, if prematurely released, may compromise an ongoing criminal investigation, render the apprehension of the defendants more difficult and dangerous, and endanger witnesses.

The United States expressly excludes from the scope of this motion the distribution of the arrest warrants to and among law enforcement agencies, including the posting of the arrest warrants to law enforcement databases and indices.

Respectfully submitted,

JANE E. YOUNG
United States Attorney

*United States v. Wade et.al*
Motion To Seal Criminal Complaint and Related Documents
Page 2 of 3

Dated: August 11, 2022    By:   /s/ Joachim Barth
                                Joachim Barth
                                Assistant United States Attorney
                                New Hampshire Bar No. 8757
                                United States Attorney's Office
                                53 Pleasant Street, 4th Floor
                                Concord, NH  03301
                                (603) 225-1552
                                Joachim.barth@usdoj.gov

Motion:        ☑ Granted        ☐ Denied

*Andrea K. Johnstone (signature)*

Andrea K. Johnstone
United States Magistrate Judge
United States District Court
District of New Hampshire
Date:  **Aug 11, 2022**