UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 22-mj-184-01-07-AJ |
| LAMAR CARTER, ISAIAH WADE, | ) | |
| MANUEL HENDERSON, | ) | |
| AUNDRE LESTER, XAVIER SMITH, | ) | |
| KORRON BENTHALL, AND DANNA | ) | |
| FRAZIER | ) | |
| | ) | |

MOTION TO CHANGE SEAL ON COMPLAINTS, ARREST WARRANTS,
THIS MOTION, & DOCKET TEXT ENTRIES TO LEVEL I

The United States of America respectfully moves to change the level of seal on the complaint and arrest warrants in this case, this motion, and the corresponding docket text entries from Level II to Level I.

Under Federal Rule of Criminal Procedure 49.1(d) and Local Rule 83.12(a)(1), the Court has authority to grant this motion.

These documents were previously sealed at Level II because, based on investigative information, it was unlikely that the defendants were aware that they are the target of a criminal investigation or that they have been indicted. The premature release of these documents might have caused the defendants to destroy evidence, flee to avoid arrest, and make apprehending them more difficult and dangerous than it would be otherwise.

Isaiah Wade and Lamar Carter have now been taken into custody. Accordingly, the government requests that the current level of seal be changed from Level II to Level I, so that the pertinent documents may be released to counsel.

*United States v. Wade et. al*
Motion To Change Level of Seal on Complaint & Arrest Warrant
Page 2 of 2

The United States expressly excludes from the scope of this motion the distribution of the arrest warrant to and among law enforcement agencies, including the posting of the arrest warrants to law enforcement databases and indices.

Respectfully submitted,

JANE E. YOUNG
United States Attorney

Dated: August 12, 2022 By: /s/ *Kasey Weiland*
Kasey Weiland
Assistant United States Attorney

Motion: ☐ Granted ☐ Denied

United States Magistrate Judge
United States District Court
District of New Hampshire
Date: