AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Lamar Carter<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 22-mj-184-01-AJ |

FILED - USDC -NH
2022 AUG 16 PM4:41

RECEIVED
AUG 1 2 2022
US MARSHALS SERVICE

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Lamar Carter,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846   Attempt and Conspiracy
21 U.S.C. § 841   Distribution of controlled substance

Date: Aug 11, 2022

*Issuing officer's signature*

City and state: Concord, New Hampshire

Andrea K. Johnstone U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 8/12/2022, and the person was arrested on *(date)* 8/12/2022
at *(city and state)* Keene, NH.

Date: 8/12/2022

*Arresting officer's signature*

Daniel E. Perlack
*Printed name and title*