IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAMAR CARTER ET AL | Case No. 1:22-mj-00184-AJ |

MOTION TO UNSEAL COMPLAINT AND ALL CORRESPONDING DOCKET ENTRIES

The government respectfully requests that the Complaint and all corresponding docket entries in the above captioned case be unsealed on the grounds that the defendants in this matter are aware of the charges against them.

                                                Respectfully submitted,

                                                JANE E. YOUNG
                                                United States Attorney

Dated: August 29, 2022        By:   /s/ Joachim Barth
                                                    Joachim Barth
                                                    Assistant U.S. Attorney